| | WRIGHT, FINLAY & ZAK, LLP |
|---|---|
| 1 | Dana Jonathon Nitz, Esq. |
| 2 | Nevada Bar No. 0050 |
|   | E. Daniel Kidd, Esq. |
| 3 | Nevada Bar No. 10106 |
|   | 7785 W. Sahara Ave., Suite 200 |
| 4 | Las Vegas, Nevada 89117 |
| 5 | (702) 475-7964; Fax: (702) 946-1345 |
|   | dkidd@wrightlegal.net |
| 6 | *Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3* |
| 7 | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| CHRISTIANA TRUST, A DIVISION OF CHRISTIANA SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3, <br><br> Plaintiff, <br><br> vs. <br><br> RED LIZARD PRODUCTIONS LLC., a Nevada limited liability company, RLP – SHASTA DAISY, LLC, a Nevada limited liability company; TREASURES LANDSCAPE MAINTENANCE ASSOCIATION, a Nevada non-profit corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation, <br><br> Defendants. | Case No.: 2:15-cv-01851-JCM-PAL <br><br> **STIPULATION AND ORDER REGARDING RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT** <br><br> **[FIRST REQUEST]** |
|---|---|

Plaintiff CHRISTIANA TRUST, A DIVISION OF CHRISTIANA SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3 ("Christiana Trust" or "Plaintiff"), by and through its counsel of record and Defendant TREASURES LANDSCAPE MAINTENANCE ASSOCIATION ("Treasures"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff filed a Motion for Summary Judgment ("Plaintiff's Motion") on December 11, 2017. *See* [ECF No. 59];

2. Treasures filed a Motion for Summary Judgment ("Treasure's Motion") on December 11, 2017. *See* [ECF No. 57];
3. The responses to Plaintiff's Motion and Treasure's Motion are due by January 1, 2018. *See* [ECF Nos. 57, 59].
4. The Parties hereby stipulate and agree that the deadline for the responses to Plaintiff's Motion and Treasure's Motion shall be extended to **January 12, 2018**; and
5. There is good cause to allow the extension in order to accommodate the schedule of counsel and the Parties have reached this agreement in good faith.

**IT IS SO STIPULATED.**

DATED this 28th day of December, 2017.                   DATED this 28th day of December, 2017.

WRIGHT, FINLAY & ZAK, LLP                                 LEACH JOHNSON SONG & GRUCHOW

*/s/ E. Daniel Kidd, Esq.*                                */s/ T. Chase Pittsenbarger, Esq.*
Dana Jonathon Nitz, Esq.                                  Sean L. Anderson, Esq.
Nevada Bar No. 0050                                       Nevada Bar No. 7259
E. Daniel Kidd, Esq.                                      T. Chase Pittsenbarger, Esq.
Nevada Bar No. 10106                                      Nevada Bar No. 13740
7785 W. Sahara Ave., Suite 200                            8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89117                                   Las Vegas, NV 89148
*Attorneys for Plaintiff, Christiana Trust,*              *Attorneys for Defendant Treasures*
*a Division of Wilmington Savings Fund*                   *Landscape Maintenance Association*
*Society, FSB, not in its Individual Capacity*
*but as Trustee of ARLP Trust 3*

**ORDER**

Based on the foregoing Stipulation, and good cause appearing thereof, the Court hereby orders that the responses to Plaintiff's Motion [ECF No. 59] and Treasure's Motion [ECF No. 57] are due **January 12, 2018**.

**IT IS SO ORDERED** January 3, 2018.

_____
**UNITED STATES DISTRICT JUDGE**