1 WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
2 Nevada Bar No. 0050
E. Daniel Kidd, Esq.
3 Nevada Bar No. 10106
7785 W. Sahara Ave., Suite 200
4 Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
5 dkidd@wrightlegal.net
6 *Attorneys for Plaintiff, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF CHRISTIANA SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>Plaintiff,<br><br>vs.<br><br>RED LIZARD PRODUCTIONS LLC., a Nevada limited liability company, RLP – SHASTA DAISY, LLC, a Nevada limited liability company; TREASURES LANDSCAPE MAINTENANCE ASSOCIATION, a Nevada non-profit corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation,<br><br>Defendants. | Case No.: 2:15-cv-01851-JCM-PAL<br><br>**STIPULATION AND ORDER REGARDING REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

Plaintiff CHRISTIANA TRUST, A DIVISION OF CHRISTIANA SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3 ("Christiana Trust" or "Plaintiff"), by and through its counsel of record and Defendants RED LIZARD PRODUCTIONS LLC ("Red Lizard") and RLP – SHASTA DAISY, LLC ("RLP-Shasta"), by and through their counsel of record, hereby stipulate and agree as follows:

//

1. Plaintiff filed a Motion for summary Judgment ("Motion") on September 8, 2017. *See* [ECF No. 45];

2. RLP-Shasta and Red Lizard filed their Opposition to the Motion on December 25, 2017. *See* [ECF No. 52];

3. Plaintiff's response to the Opposition is due by November 8, 2017. *Id.*;

4. The Parties hereby stipulate and agree that the deadline for Plaintiff's response shall be extended to **November 15, 2017**; and

5. There is good cause to allow the extension in order to accommodate the schedule of counsel and the Parties have reached this agreement in good faith.

**IT IS SO STIPULATED.**

DATED this 8th day of November, 2017.　　　　DATED this 8th day of November, 2017..

WRIGHT, FINLAY & ZAK, LLP　　　　　　　　COOPER COONS, LTD

*/s/ E. Daniel Kidd, Esq.*　　　　　　　　　　　*/s/ Thomas A. Miskey, Esq.*
Dana Jonathon Nitz, Esq.　　　　　　　　　　　John Charles Coons, Esq.
Nevada Bar No. 0050　　　　　　　　　　　　　Nevada Bar No. 10553
E. Daniel Kidd, Esq.　　　　　　　　　　　　　Thomas A. Miskey, Esq.
Nevada Bar No. 10106　　　　　　　　　　　　Nevada Bar No. 13540
7785 W. Sahara Ave., Suite 200　　　　　　　　10655 Park Run Drive, Suite 130
Las Vegas, Nevada 89117　　　　　　　　　　　Las Vegas, NV 89144
*Attorneys for Plaintiff, Christiana Trust,*　　　　*Attorneys for Red Lizard Productions, LLC*
*a Division of Wilmington Savings Fund*　　　　*and RLP-Shasta Daisy, LLC*
*Society, FSB, not in its Individual Capacity*
*but as Trustee of ARLP Trust 3*

## ORDER

Based on the foregoing Stipulation, and good cause appearing thereof, the Court hereby orders that Plaintiff's response to RLP-Shasta and Red Lizard's Opposition to the Motion for Summary Judgment is due **November 15, 2017**.

**IT IS SO ORDERED.** November 9, 2017.

_____
**UNITED STATES DISTRICT JUDGE**